# UNITED STATES DISTRICT COURT
## for the
## Southern District of California

FILED
MAY 16 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States of America )
v. ) Case No. 18CR2429-JAH
Jose Guadelupe Torres-Martinez )
_Defendant_ )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 5/13/18

_J. Torres_
Defendant's signature

_[signature]_
Signature of defendant's attorney

_[signature]_
Judge's signature